CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x

Phillip Cox 895-1300-448
Full name of plaintiff/prisoner ID#



Plaintiff,

JURY TRIAL DEMAND
YES ✓   FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

-against-

New York City Police Dept.
Philip Tomasell sheild #30897
Sima Monroe sheild #21949
Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

CV13-3610
KUNTZ, J. BROOKLYN OFFICE
REYES, M.J

Defendants.
-----------------------------------------------------x

I.  Previous Lawsuits:

   A.  Have you begun other lawsuits in state or federal court
       dealing with the same facts involved in this action or
       otherwise relating to your imprisonment? Yes (✓) No ( )

   B.  If your answer to A is yes, describe each lawsuit in the space below
       (If there is more than one lawsuit, describe the additional lawsuits
       on another piece of paper, using the same outline.)

       1. Parties to this previous lawsuit:

          Plaintiffs: Phillip Cox

          Defendants: N.Y.C.P.D

       2. Court (if federal court, name the district;
          if state court, name the county)
          Queen County - Eastern District

       3. Docket Number: _____

-1-

4. Name of the Judge to whom case was assigned: **N/A**

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) **Case is still pending**

6. Approximate date of filing lawsuit: **1/12/2012**

7. Approximate date of disposition: **Still pending**

II. Place of Present Confinement: **Rikker's Island, AMKC**

   A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (✓)

   C. If your answer is YES,

      1. What steps did you take? _____

      2. What was the result? _____

   D. If your answer is NO, explain why not **because the excessive force was in Queens NY by N.Y.C.P.D**

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes (✓) No ( )

   F. If your answer is YES,

      1. What steps did you take? **I wrote a complain to Civilian complaint Review Board and NYC Police Department Headquarters 1 police Plaza**

      2. What was the result? **They are fully investigating my complaint.**

III. Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff **Phillip Cox**

Address **APT:6D 109-30 160th Street Jamaica, NY 11433**

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1    **Philip Tomasell Sheild #. 30897 NYC-PSA9**

Defendant No. 2    **Sima Monroe Sheild #21999 NYC-PSA9**

Defendant No. 3    **Police #1 No sheild #**

Defendant No. 4    **P.O. #2 No sheild #**

Defendant No. 5    **P.O. #3 No Sheild #**

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

IV.   Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

On 3/27/2013 at approximately 7:30pm I Phillip Cox was arrested by NYC-PSA9 P.O. Philip Tomasell #30897 and PSA9 P.O. Sima Monroe Sheild #21949 at location 109-36 160th Street Jamaica, NY 11433 for a 52 family dispute. The offiers hand cuffed me from the back and called back up and they used unnecessary and way too much excessive force. I don't know the other offiers names and sheild # numbers, but it was all on camera at the NYC Housing projects in Jamaica Queens.

IV. A   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

My injuries are neck laserations, knot on back of head, both wrist laseations to 4th or 5th layer of skin, busted lips bottom and top mouth area. Scare that is permanment on front of neck. Pain in back, neck and legs from getting hit with sticks. Suffering a recurrence of Traumatic stress disorder. Was taken to Flushing Hospital (ER) Queens and later incarcerated in Rikker's Island (AMKC). NOT much medical treatment received for injuries.

V.   Relief:

State what relief you are seeking if you prevail on your complaint.

That my complaint becomes part of the officer's permanent record, and maybe that would prevent others from having similar encounters with officers.
   Change Police Department practices and receive a fair investigation before making an arrest.

I declare under penalty of perjury that on _____, I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern

District of New York.

Signed this __8__ day of __June__, 20_13_. I declare under penalty of

perjury that the foregoing is true and correct.

_Phillip Cox_
Signature of Plaintiff

Anna M. Kross Correctional facility
Name of Prison Facility

Phillip Cox
18-18 Hazen Street
East Elmhurst, New York 11370
Address

895-13-00448
Prisoner ID#

NKECHI IGBO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01IG6163948
Qualified in Queens County
My Commission Expires April 09, 2015